# United States District Court
# Eastern District of California

Jose Ramirez Perez

Plaintiff(s)

V.

Todd Blanche

Defendant(s)

Case Number: 1:26-cv-06391-KES-HBK

ORDER GRANTING APPLICATION FOR PRO HAC VICE (Doc. 5)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Patricia M. Mendoza hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Jose Ramirez Perez

On 08/25/2010 (date), I was admitted to practice and presently in good standing in the Florida Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/12/2026 Signature of Applicant: /s/ Patricia M. Mendoza

**Pro Hac Vice Attorney**

Applicant's Name: Patricia M. Mendoza

Law Firm Name: Mendoza Law Office P.A.

Address: 2038 N Krome Ave

City: Homestead State: FL Zip: 33030

Phone Number w/Area Code: (305) 247-4204

City and State of Residence: Homestead, Florida

Primary E-mail Address: patricia@mendozalawoffices.com

Secondary E-mail Address: info.mendozalawoffice@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Office of Mariana H. Hanna

Address: 402 West Broadway, Suite 1730

City: San Diego State: CA Zip: 92100

Phone Number w/Area Code: 619-234-3635 Bar # 230127

**ORDER**

The Pro Hac Vice Application (Doc. 5) is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 13, 2026

Helena M. Barch-Kuchta

MAGISTRATE JUDGE, U.S. DISTRICT COURT